**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

ShinStar LLC,

        Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

        Defendants.

| | |
|---|---|
| Case No. | 26-cv-01158 |
| District Judge | Jorge L. Alonso |
| Magistrate Judge | Albert Berry, III |

## MOTION FOR EXTENSION OF TIME

Defendants CHUQIN and MEIXIAJFA, by and through their undersigned counsel, respectfully move this Court for a 21-day extension of time to file a response to the Complaint, and in support thereof state as follows:

1. Plaintiff filed its Complaint on February 2, 2026 [Dkt. 1].

2. Defendants were served with process on February 27, 2026 [Dkt. 47].

3. Since service, the parties have engaged in substantive settlement negotiations and are actively exchanging proposals.

4. Despite their diligence, Defendants need a short additional time to settle, or exhaust the prospect thereof, and respond to Plaintiff's Complaint.

5. This Court may, for good cause, extend the time by which the Defendants' response is due after the time has expired.

6. Counsel for Defendants conferred with Plaintiff's counsel on March 25, 2026, and Plaintiff has indicated that it opposes an extension because it has moved for default.

7. Notwithstanding Plaintiff's position, good cause exists for a brief extension. Defendants received the Summons less than one month ago and the parties are actively negotiating. A short extension may obviate the need for further litigation, conserve judicial resources, and facilitate an efficient resolution of this matter.

8. This is Defendants' first request for an extension and is made in good faith, not for purposes of delay.

WHEREFORE, Defendants respectfully request that the Court grant this motion and extend the deadline for Defendants to respond to the Complaint to April 10, 2026.

Dated 3/25/2026                                   Respectfully submitted,

                                        */s/ Paul Kossof*

                                        *Counsel for CHUQIN and MEIXIAJFA*
                                        Paul Kossof (ARDC #6319307)
                                        Kossof IPR
                                        1509 Waukegan Road, #1162
                                        Glenview, IL 60025
                                        (224) 433-1553
                                        P.Kossof@KossofIPR.com