**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHINSTAR LLC,

      Plaintiff,

v.

ANHUANG, et al.,

      Defendants.

Case No. 26-cv-01158

**Judge Jorge L. Alonso**

**Magistrate Judge Albert Berry III**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff ShinStar LLC

("Plaintiff") hereby dismisses this action as to the following Defendant:

| Defendant Name | Line No. |
|----------------|----------|
| MEIXIAJFA | 71 |

Dated this 30th day of March 2026.

Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff ShinStar LLC*