**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHINSTAR LLC,

                    Plaintiff,

      v.

ANHUANG, et al.,

                    Defendants.

Case No. 26-cv-01158

**Judge Jorge L. Alonso**

**Magistrate Judge Albert Berry, III**

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff ShinStar LLC ("Plaintiff" or "Sprunki") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case, with the exception of Defendant CHUQIN (Def. No. 60) (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars from U.S. consumers, and have sold products bearing unauthorized copies of Plaintiff's federally registered copyrighted works (including U.S. Copyright Registration No. VAu 1-556-801) (the "Sprunki Copyrighted Works") and/or using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "SPRUNKI Trademarks") to residents of Illinois.

In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products bearing unauthorized copies of the Sprunki Copyrighted Works and/or using counterfeit versions of the SPRUNKI Trademarks. *See* Docket Nos. [3], [17], and [27], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the SPRUNKI Trademarks and/or bearing unauthorized copies of the Sprunki Copyrighted Works.

A list of the SPRUNKI Trademarks is included in the below chart.

| Registration No. | Trademark |
|---|---|
| 7,902,874<br>7,902,877 | SPRUNKI |

2

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the SPRUNKI Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Sprunki Product or is not authorized by Plaintiff to be sold in connection with the SPRUNKI Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Sprunki Copyrighted Works in any manner without the express authorization of Plaintiff;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Sprunki Product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the SPRUNKI Trademarks and/or the Sprunki Copyrighted Works;

    d.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' Unauthorized Sprunki Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    e.  further infringing the SPRUNKI Trademarks and/or the Sprunki Copyrighted Works, and damaging Plaintiff's goodwill; and

    f.  manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's SPRUNKI Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof and/or which bear the Sprunki Copyrighted Works.

2.    Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as PayPal, Inc. ("PayPal"), Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), WhaleCo Inc. ("Temu") and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the SPRUNKI Trademarks and/or the Sprunki Copyrighted Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the SPRUNKI Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Sprunki Product or not authorized by Plaintiff to be sold in connection with the SPRUNKI Trademarks and/or the Sprunki Copyrighted Works.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the SPRUNKI Trademarks and/or the Sprunki Copyrighted Works.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of counterfeit SPRUNKI Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful copyright infringement of the Sprunki Copyrighted Works.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Amazon, eBay, Temu and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the

statutory damages awarded in Paragraphs 4 and 5 above) or other of Defaulting Defendants' assets.

7.    All monies (up to the amount of the statutory damages awarded in Paragraphs 4 and 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Amazon, eBay, Temu and Walmart, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8.    Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9.    In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits to the Declaration of Zhen Liang and any e-mail addresses provided for Defaulting Defendants by third parties.

10.    To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Dated: March 31, 2026

_____
Jorge L. Alonso
United States District Judge

6

# ShinStar LLC v. anhuang, et al. - Case No. 26-cv-01158

# Schedule A

| No. | URL | Name / Seller Alias | Cause of Action |
|---|---|---|---|
| | **Defendant Online Marketplaces** | | |
| 1 | amazon.com/sp?seller=A2UGU86X89HCKJ | anhuang | Trademark and Copyright |
| 2 | amazon.com/sp?seller=AOZB8VN1K7WJ6 | AOZB8VN1K7WJ6 | Copyright |
| 3 | amazon.com/sp?seller=A2AZYRH29M627L | bozhoushishiyiyaoyeyouxian | Trademark and Copyright |
| 4 | amazon.com/sp?seller=A2SBHQVU07TPDU | CNjunheng | Trademark |
| 5 | amazon.com/sp?seller=A8XBEORFT13QB | Commercial and Trading Co. | Trademark |
| 6 | amazon.com/sp?seller=A3DWS6EINYNOTG | Dlove Slime | Trademark and Copyright |
| 7 | amazon.com/sp?seller=A3NMBJUOAZLVVE | Draina Store | Trademark and Copyright |
| 8 | amazon.com/sp?seller=AX2B93DR6I1G7 | Forest Glory | Copyright |
| 9 | amazon.com/sp?seller=AB3F3VU07ISX8 | gu heng shang mao you | Copyright |
| 10 | amazon.com/sp?seller=A56J22UJNL3A8 | GUU Store | Copyright |
| 11 | amazon.com/sp?seller=A379D0PC5NDP1Q | haerbinshahuixueshangmaoyouxiangongsi | Trademark and Copyright |
| 12 | amazon.com/sp?seller=A3L44U97TENQID | HaveFunStore | Copyright |
| 13 | amazon.com/sp?seller=A2BVPWPXN8IC6V | Hefei Bindaidai E-commerce Co., Ltd | Copyright |
| 14 | amazon.com/sp?seller=A1SD72VL2YRGZV | Hengyang electronic products sales | Trademark and Copyright |
| 15 | amazon.com/sp?seller=A1K7P2BSBM9ZFI | huangtianyuEDR | Copyright |
| 16 | amazon.com/sp?seller=A2C5O56OY0XERX | jinrengcno26 | Copyright |
| 17 | amazon.com/sp?seller=A34LVG7DUUHE33 | jinyunqiyeguanlifuwuyouxiangongsi | Trademark and Copyright |
| 18 | amazon.com/sp?seller=ARHWBZU6XHKLX | JuKangGlobal | Copyright |
| 19 | amazon.com/sp?seller=A313A254UKHNW0 | kangmingshangmao | Trademark and Copyright |

7

| 20 | amazon.com/sp?seller=A1Q0LDM07HHWHS | KindGirls | Copyright |
|---|---|---|---|
| 21 | amazon.com/sp?seller=A3IN1UCUOXBB9G | LIN YING FANG | Copyright |
| 22 | amazon.com/sp?seller=A2GE6GZFRN958J | Pawobaegan | Trademark |
| 23 | amazon.com/sp?seller=A1FZ2DQWGLW0CG | Richard dou | Copyright |
| 24 | amazon.com/sp?seller=A10CUQYW3MW24G | ShanXiXingShengZhuAoJianZhuGongChengYouXianGongSi | Copyright |
| 25 | amazon.com/sp?seller=A2XCG74XPT27UY | shaoxu2123 | Trademark and Copyright |
| 26 | amazon.com/sp?seller=A18TLFF0136MR7 | SKYLINE-USA | Copyright |
| 27 | amazon.com/sp?seller=A8ARLALFYEM5C | syingzhi | Trademark and Copyright |
| 28 | amazon.com/sp?seller=A26RDLMKP923NR | TengZhouShiDaWanXiaoWanJiaJuYouXianGongSi | Trademark and Copyright |
| 29 | DISMISSED | DISMISSED | DISMISSED |
| 30 | amazon.com/sp?seller=A35MTW9Q5TVJII | TUXSOBU | Trademark |
| 31 | amazon.com/sp?seller=A2HONRIQKGW37N | Wanglippp | Trademark and Copyright |
| 32 | amazon.com/sp?seller=A1A1HE20UH1IKS | wendingqiye | Copyright |
| 33 | amazon.com/sp?seller=A2ZDSKQKC8V2FL | WuZhenCaizsfbg | Trademark and Copyright |
| 34 | amazon.com/sp?seller=A1EHVT91QTZFFL | XinYuGuangBaiHuo | Trademark and Copyright |
| 35 | amazon.com/sp?seller=ASTHHI8EWV3SB | yaanyongshengjianzhulaowu youxiangongsi | Trademark and Copyright |
| 36 | amazon.com/sp?seller=A13YRLBZ4PIPO2 | YangPinWu1968 | Copyright |
| 37 | amazon.com/sp?seller=A587A049H6DJQ | yangzhouzhiyishandianzishangwuyouxiangongsi | Trademark and Copyright |
| 38 | amazon.com/sp?seller=ACGC1AWOWMZLQ | YHTEAM | Copyright |
| 39 | amazon.com/sp?seller=A27X6D6CTZF5YO | Yihan Trading Co., Ltd. | Copyright |
| 40 | amazon.com/sp?seller=A2FCR9T5FI99D6 | zhaochuanqiang | Copyright |
| 41 | DISMISSED | DISMISSED | DISMISSED |
| 42 | ebay.com/usr/allgoodstore027 | allgoodstore | Trademark and Copyright |
| 43 | ebay.com/usr/hugevolume001 | Axis Collectibles | Trademark and Copyright |
| 44 | DISMISSED | DISMISSED | DISMISSED |

| | | | |
|---|---|---|---|
| 45 | DISMISSED | DISMISSED | DISMISSED |
| 46 | DISMISSED | DISMISSED | DISMISSED |
| 47 | DISMISSED | DISMISSED | DISMISSED |
| 48 | ebay.com/usr/jvd9222222 | jvd9222222 | Trademark |
| 49 | DISMISSED | DISMISSED | DISMISSED |
| 50 | temu.com/mall.html?mall_id=634418225755677 | Beachy Bum Towels | Trademark |
| 51 | temu.com/mall.html?mall_id=634418212070912 | HatHaven | Copyright |
| 52 | temu.com/mall.html?mall_id=634418217440681 | Home Nap Blanket | Copyright |
| 53 | temu.com/mall.html?mall_id=634418223936924 | Little Koala Cloth local | Copyright |
| 54 | DISMISSED | DISMISSED | DISMISSED |
| 55 | temu.com/mall.html?mall_id=1331065536127 | Wolf Road Skywalker Digital C | Copyright |
| 56 | walmart.com/seller/102739048 | AestheticHome Decoration | Trademark and Copyright |
| 57 | DISMISSED | DISMISSED | DISMISSED |
| 58 | walmart.com/seller/102805444 | Bvast | Trademark and Copyright |
| 59 | walmart.com/seller/102753764 | ChiuChiu Commerce | Trademark and Copyright |
| 60 | EXCEPTED | EXCEPTED | EXCEPTED |
| 61 | walmart.com/seller/102824556 | dashjklk | Trademark and Copyright |
| 62 | walmart.com/seller/102888248 | FENGNI STORE | Trademark |
| 63 | walmart.com/seller/102860197 | Gao Xianxu International Trade | Trademark and Copyright |
| 64 | walmart.com/seller/102899007 | guangzhoucailai | Trademark and Copyright |
| 65 | walmart.com/seller/102743299 | guohaiyang | Trademark and Copyright |
| 66 | walmart.com/seller/102788006 | Jason | Trademark and Copyright |

9

| 67 | walmart.com/seller/102810236 | jinjincaikeji | Trademark and Copyright |
|----|------------------------------|---------------|-------------------------|
| 68 | DISMISSED | DISMISSED | DISMISSED |
| 69 | walmart.com/seller/102747861 | Judy&Paige | Trademark and Copyright |
| 70 | walmart.com/seller/102893859 | lizhezzz | Trademark and Copyright |
| 71 | DISMISSED | DISMISSED | DISMISSED |
| 72 | walmart.com/seller/102837237 | panjunjie | Trademark and Copyright |
| 73 | walmart.com/seller/102773856 | TPY SHOME | Trademark and Copyright |
| 74 | DISMISSED | DISMISSED | DISMISSED |
| 75 | DISMISSED | DISMISSED | DISMISSED |
| 76 | walmart.com/seller/102919046 | wangxianglidianpu | Trademark and Copyright |
| 77 | walmart.com/seller/102753636 | WEIYLAO CLOTHING | Trademark and Copyright |
| 78 | walmart.com/seller/102889163 | WHSYGJJ | Trademark and Copyright |
| 79 | walmart.com/seller/102769860 | wuhanshixingyuanliaoxinye | Trademark |
| 80 | walmart.com/seller/102848967 | xianyeyuwangluo | Trademark |
| 81 | walmart.com/seller/102738947 | xueqianshangmao | Trademark and Copyright |
| 82 | walmart.com/seller/102910873 | Yjia ling | Trademark and Copyright |
| 83 | walmart.com/seller/102855547 | yuanpinchen | Trademark |
| 84 | walmart.com/seller/102789564 | zhangweizhangwei | Trademark and Copyright |
| 85 | DISMISSED | DISMISSED | DISMISSED |