**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHINSTAR LLC, | |
| Plaintiff, | Case No. 26-cv-01158 |
| v. | **Judge Jorge L. Alonso** |
| ANHUANG, et al., | **Magistrate Judge Albert Berry III** |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff ShinStar LLC ("Plaintiff") and Defendant CHUQIN (Defendant No. 60) ("Defendant") (together, the "Parties") hereby jointly stipulate to the dismissal of Defendant pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each of the parties to bear their own costs and attorneys' fees. With this dismissal, no Defendants remain such that the above-captioned case may be terminated.

Dated this 13th day of April 2026.       Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff ShinStar LLC*

/s/ Paul Kossof
Paul Kossof
KossofIPR
E-Mail: KossofIPR@outlook.com
Phone: 224-433-1553

*Attorney for Defendant No. 60, CHUQIN*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 13th day of April 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in the case.

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff ShinStar LLC*
